UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES LANGFORD<br><br>versus<br><br>ATLANTIC SOUNDING CO., INC. and<br>WEEKS MARINE, INC. | CIVIL ACTION<br><br>NO. 2:11-cv-02028-MVL-KWR<br><br>SECTION "S"  (4)<br><br>JUDGE LEMMON<br><br>MAGISTRATE JUDGE ROBY |

### DEFENDANTS ATLANTIC SOUNDING CO., INC.'S AND WEEKS MARINE, INC.'S NOTICE OF SETTLEMENT

**NOW INTO COURT**, through undersigned counsel, come Defendants Atlantic Sounding Co., Inc. and Weeks Marine, Inc., who advise the Court that the parties to the captioned litigation have reached an agreement in principle, and the settlement conference scheduled on June 14, 2012, the pre-trial conference scheduled on July 12, 2012, and the trial scheduled on August 9, 2012, all may be removed from the Court's calendar.  The parties will file dismissal pleadings once settlement is finalized.

Respectfully submitted on April 26, 2012.

        WAITS, EMMETT & POPP, L.L.C.

        s/Matthew F. Popp
        MATTHEW F. POPP  (24608)  T.A.
        RANDOLPH J. WAITS  (13157)
        JOHN F. EMMETT  (1861)
        JORDAN N. TEICH  (32254)
        1515 Poydras Street, Suite 1950
        New Orleans, Louisiana  70112
        Telephone:   (504) 581-1301
        Facsimile:     (504) 581-6020
        E-mail:          mpopp@wep-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that to the best of my knowledge all counsel of record consent to and participate in receiving electronic notification from the CM/ECF system, and that the Clerk of the Court for the Eastern District of Louisiana, using the CM/ECF system, will electronically send notification of the filing of this pleading to all counsel of record.

                                      s/Matthew F. Popp
                                      MATTHEW F. POPP