UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES LANGFORD | CIVIL ACTION |
| versus | NO. 2:11-cv-02028-MVL-KWR |
| ATLANTIC SOUNDING CO., INC. and WEEKS MARINE, INC. | SECTION "S"  (4) |
| | JUDGE LEMMON |
| | MAGISTRATE JUDGE ROBY |

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of *Defendants Atlantic Sounding Co., Inc.'s and Weeks Marine, Inc.'s Consent Motion to Dismiss With Prejudice*,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that any and all claims, counterclaims, and causes of action currently pending between all parties herein are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs, and it is further

**ORDERED,** that either party, within sixty (60) days of the entry of this *Final Order of Dismissal with Prejudice*, has the right to file a motion for summary judgment enforcing the settlement, or to re-open the litigation if settlement is not consummated.

New Orleans, Louisiana on _____May        11th_____, 2012.


_____
**JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW ORLEANS**

1